1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  BENJAMIN T. KENNEDY (CABN 241350)
   Assistant United States Attorney
5
       150 Almaden Boulevard, Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-5059
7
   Attorneys for Plaintiff
8

FILED
MAY 15 2008
CLERK, U.S. ...
NORTHERN ...
... CALIFORNIA

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                        SAN JOSE DIVISION

12 UNITED STATES OF AMERICA,    )   No. CR 08-00313 JW
                                 )
13              Plaintiff,       )
                                 )   **GOVERNMENT'S REQUEST TO**
14         v.                    )   **DISMISS INDICTMENT** doc #7 py 7
                                 )
15 JUVENAL LOPEZ-CASTRO,         )
                                 )
16              Defendant.       )
                                 )
17                               )

18

19      COMES NOW THE UNITED STATES OF AMERICA appearing through the

20 undersigned Assistant United States Attorney and moves this Honorable Court for an order

21 dismissing the above-captioned indictment. The facts supporting this request are as follows:

22      The above-captioned indictment was inadvertently filed before it had been presented

23 to the Grand Jury. Accordingly, no True Bill has been returned as of the date of filing (May

24 12, 2008). Therefore, the United States respectfully requests that the above-captioned

25 //

26 //

1 | indictment be dismissed. Doc #7 p/7

4 | DATED: May 14, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

*/s/ Benjamin Kennedy*
BENJAMIN T. KENNEDY
Assistant United States Attorney

## ORDER

Upon application of the United States, and good cause having been shown therefor,

**IT IS HEREBY ORDERED** that the above-captioned Indictment is DISMISSED.

DATE: 5/15/08

*/s/ Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

**Distribute to:**

Benjamin T. Kennedy
Assistant United States Attorney
150 Almaden Boulevard, Suite 900
San Jose, CA 95113