UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

**Judge:** James Ware
**Date:** June 9, 2008
**Case No.:** CR- 08-0313 JW
**Related Case No.:** N/A

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Summer Clanton
**U.S. Probation Officer:** N/A
**Interpreter:** N/A

## TITLE

U.S.A. v. Juvenal Lopez-Castro ( C)

**Attorney(s) for Plaintiff(s):** Chad Mandell
**Attorney(s) for Defendant(s):** Lara Vinnard

## PROCEEDINGS

Status/Trial Setting

## ORDER AFTER HEARING

Hearing Held.  Defendant present and in custody for proceedings.  The Court continued this matter to July 7, 2008 at 1:30 PM for Setting/Disposition.  Time is excluded from June 9, 2008 through July 7, 2008 for disclosure of discovery and resolution of this matter short of trial.

**Last Date for Trial:** July 23, 2008

*Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed**
CC: