UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

| | |
|---|---|
| **Judge:** James Ware | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** July 7, 2008 | **Court Reporter:** Summer Clanton |
| **Case No.:** CR-08-0313 JW | **U.S. Probation Officer:** N/A |
| **Related Case No.:** N/A | **Interpreter:** Lupita Arce (Spanish) |

### TITLE

U.S.A. v. Juvenal Lopez-Castro (C)

**Attorney(s) for Plaintiff(s):** Joe Fazioli
**Attorney(s) for Defendant(s):** John A.W. Halley

### PROCEEDINGS

1. Disposition Hearing
2. Judgment and Sentencing as to Count

### ORDER AFTER HEARING

Hearing Held. Defendant Lopez-Castro present and in custody for proceedings. The Defendant was aided by a Spanish language interpreter for proceedings. The Court voir dired the Defendant on the plea agreement. The Defendant entered a guilty plea as to Count ONE (1) of the Indictment. The plea agreement was executed in open court. The Court voir-dired the Defendant on wavier of referral to the to the Probation Office for preparation of a presentence investigation report. The Defendant waived referral to the probation office for preparation of a presentence investigation report. The Court proceeded to immediate sentencing. The Defendant was sentenced as to Count ONE (1) of the Indictment. The Defendant was committed to 70 MONTHS, 3 years supervised release under the standard conditions of supervision and the Court imposed special condition as stated on the record. The Defendant shall pay a special assessment of $100.00. No fine is imposed upon the defendant. The Defendant is remanded to the custody of the United States Marshal Service.

_Elizabeth C. Garcia_
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed/C. Escolano**
CC: